

**SIGNED THIS 18th day of July, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| IN RE: YELLOW POPLAR LUMBER COMPANY, INC. ) ) ) Debtor. ) ) | Chapter 7 Case No. 17-70882 |

## ORDER

For good cause, it is ORDERED that a status hearing in the above referenced matter is SCHEDULED for September 5, 2024 at 10:30 a.m. by Zoom for Government video conference.

The link to join the Zoom for Government video hearing is:

URL: https://vawb-uscourts-gov.zoomgov.com/j/16106051116 .

The Meeting ID is: 161 0605 1116 and the password is: 0922.

If any interested party needs assistance connecting to Zoom for Government, contact Chief Judge Black's Courtroom Deputy, Catherine James, at (540) 795-6318.

The Clerk is directed to send a copy of this Order to the Office of the United States Trustee; John M. Lamie, Esquire; and all counsel of record and parties in interest who filed a request to receive notice in this case.

**\*\* END OF ORDER \*\***