**Fill in this information to identify the case:**

Debtor 1   <u>Yellow Poplar Lumber Company, Inc.</u>
           First Name        Middle Name        Last Name

Debtor 2   _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: <u>Western</u> District of <u>Virginia</u>
                                                            (State)

Case number: 17-70882

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

MAR 19 2026

By _____
      DEPUTY CLERK

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **$53,938.85** |
|---|---|
| Claimant's Name: | Elaine Bertha Horschel, Surviving Spouse and Heir of Frederick Horschel, Claimant (Deceased) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 815 3rd Ave NE<br>Staples, MN 56479-2404 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☑ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Western          District of Virginia
*[Court enters address here]*

---

| **5. Applicant Declaration** | **5. Co-Applicant Declaration (if applicable)** |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 3/15/26 | Date: _____ |
| _____ Attorney-in-Fact | _____ |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Elaine Bertha Horschel, Surviving Spouse of Frederick Horschel, Claimant (Deceased) By: Claim Trace, LC, Attorney-in-Fact | |
| Printed Name of Applicant By: Terrence A. Struna, Manager | Printed Name of Co-Applicant (if applicable) |
| Address: 51 Taylor Loop, Santa Fe, NM 87508-4401 | Address: |
| Telephone: (505) 365-0170 | Telephone: _____ |
| Email: sprucehelp@gmail.com | Email: _____ |

---

**6. Notarization**

STATE OF Utah

COUNTY OF Salt Lake

This Application for Unclaimed Funds, dated march 13, 2026 was subscribed and sworn to before me this 13 day of march, 20 26 by

Terrence A Struna

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public Makenzie Skye Hodgson

My commission expires: 22 Apr 2028

MAKENZIE SKYE HODGSON
Notary Public – State of Utah
Comm. No. 736843
My Commission Expires on
Apr 22, 2028

**6. Notarization**

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public_____

My commission expires:



**Claim Trace**

51 Taylor Loop, Santa Fe, NM 87508

Main Office: +1 505.455.7722
Toll Free: +1 800.509.2009

```
FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

        MAR 19 2026

By
        DEPUTY CLERK
```

March 14, 2026

Clerk of the Court
United States Bankruptcy Court for the Western District of Virginia
210 Church Ave SW, Room 200
Roanoke, VA 24011-1525

**Re: Application for Payment of Unclaimed Funds for Claimant:**
**Frederick Horschel (deceased); Case #: 17-70882; Unclaimed Funds Amount: $53,938.**[85]

Dear Clerk,

Please accept the enclosed "**Application for Payment of Unclaimed Funds**" relating to the above-referenced bankruptcy matter. The enclosed materials establish the identity of the claimant and the claimant's entitlement to the funds held by the Court.

The original claimant, Frederick Horschel, is deceased. The funds are being claimed by the surviving spouse, **Elaine Bertha Horschel**, who is the lawful successor entitled to collect the property. No probate estate has been opened for the decedent. <u>To the best of the applicant's knowledge, no probate estate has been opened for the decedent and no competing claim has been asserted for the funds held by the Court in this matter.</u>

Pursuant to **Minnesota Statutes §524.3-1201**, an executed "Collection by Affidavit" establishing Elaine's authority to receive the property as successor from the decedent is enclosed along with supporting documentation. The successor has also executed a Limited Power of Attorney appointing **Claim Trace, LC**. as Attorney-in-Fact for the purpose of pursuing recovery of these funds. Please see also the notarized Letter of Direction from the successor.

Documentation verifying the successor's identity and entitlement is enclosed. For ease of review, the enclosed materials include:

<u>**Court Requested Enclosures:**</u>

1. Copy of Package sent to the Acting United States Attorney for the Western District of Virginia as requested
2. Notarized Form 1340 for Application for Payment of Unclaimed Funds
3. Government Identification for Claimant's Successor **Elaine Bertha Horschel**
4. Signed AO-213P Form

**Legal Authority Enclosures:**

1. Minnesota 'Collection by Affidavit' (Successor Affidavit)
2. Death Certificate of the Original Claimant
3. Notarized Letter of Direction from Claimant
4. Partial Assignment of Rights to Government Held-Monies
5. Limited Power of Attorney appointing Claim Trace, LC.
6. Claim Trace, LC: EIN Notice
7. Claim Trace, LC: Certificate of Good Standing
8. Claim Trace, LC: Articles of Organization
9. Claim Trace, LC: Operating Agreement
10. Claim Trace, LC: Government Identification for Manager
11. Claim Trace, LC: Wiring Instructions

These documents are listed in the "Exhibit Index" found on the next page, and submitted in accordance with the Court's procedures for payment of unclaimed funds.

Should the Court require any additional documentation or clarification, or if you have any questions or concerns about this application and/or claim, please contact me at the above address, or by my direct telephone at: **(505) 365-0170**, or our office at: (505) 455-7722. Thank you.

Respectfully submitted,

Terrence A. Struna
By: Claim Trace, LC., *Attorney-in-Fact for:*
Elaine Bertha Horschel, *Surviving Spouse of Frederick Horschel*
By: Terrence A. Struna, *Manager*
me@claimtrace.org

enc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application for Payment of Unclaimed Funds and supporting documents was served upon the Office of the United States Attorney for the Western District of Virginia via Federal Express on March 13, 2026, addressed as follows:

Office of the United States Attorney
Attn: Robert N. Tracci, Acting U.S. Attorney
310 1st St SW, Room 906
Roanoke, VA 24011-1926

FedEx, tracking number: **889595680140**

Elaine Bertha Horschel, *Surviving Spouse of Frederick Horschel*
By: Claim Trace, LC., *Attorney-in-Fact*
By: Terrence A. Struna, *Manager*

 **Claim Trace**

# EXHIBIT INDEX – SUPPORTING DOCUMENTATION
# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### Re: Frederick Horschel – Case No. 17-70882 *

| Exhibit | Document | Purpose |
|---|---|---|
| **Intro Docs** | Court Form 1340 Application, and AO-213P Forms | |
| **Exhibit A** | Government Identification – Elaine Bertha Horschel | Identity verification of surviving spouse as successor |
| **Exhibit B** | Minnesota Collection by Affidavit (MN Stat. §524.3-1201) | Establishes surviving spouse's authority to collect without probate |
| **Exhibit C** | Death Certificate – Frederick Horschel – Case No. 17-70882 | Establishes claimant is deceased |
| **Exhibit D** | Letter of Direction from Successor | Directs payment instructions |
| **Exhibit E** | Partial Assignment of Rights to Government-Held Monies | Establishes contractual recovery rights |
| **Exhibit F** | Limited Power of Attorney | Authorizes Claim Trace, LC. to act on behalf of the Successor |
| **Exhibit G** | Claim Trace, LC – EIN Confirmation | Entity identification |
| **Exhibit H** | Claim Trace, LC – Certificate of Good Standing | Entity standing verification |
| **Exhibit I** | Claim Trace, LC – Articles of Organization | Entity formation documentation |
| **Exhibit J** | Claim Trace, LC – Operating Agreement | Entity formation documentation |
| **Exhibit K** | Government Identification – Terrence A. Struna | Identification of Manager executing documents |
| **Exhibit L** | Claim Trace, LC – Wiring Instructions | Payment instructions per AO 213P |

* All exhibits are true and correct copies of the documents submitted in support of the Application for Payment of Unclaimed Funds.